FILED

JAN 13 2016

SUSAN M. SPRAUL, CLERK
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

**UNITED STATES BANKRUPTCY APPELLATE PANEL**

**OF THE NINTH CIRCUIT**

FILED
Mar 09, 2016
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| In re: ) | BAP No.   EC-15-1303 |
| ) | |
| NAEEM AHMAD, ) | Bk. No.   14-28936 |
| ) | |
| Debtor. ) | USDC No. 2:16-mc-0049 JAM KJN (BK)(PS) |
| ) | |
| ) | |
| NAEEM AHMAD, ) | |
| ) | |
| Appellant, ) | |
| ) | |
| ) | |
| v. ) | **ORDER TRANSFERRING IFP MOTION** |
| ) | **TO DISTRICT COURT** |
| JOHN R. ROBERTS, Chapter 7 ) | |
| Trustee; BAYVIEW LOAN ) | |
| SERVICES, LLC; UNITED STATES ) | |
| TRUSTEE, ) | |
| ) | |
| Appellees. ) | |

Before:   TAYLOR and KURTZ, Bankruptcy Judges.

Appellant filed a motion for leave to proceed in forma pauperis with respect to this appeal ("IFP Motion").  An order was issued by the BAP Clerk, giving the bankruptcy court the

opportunity to make a certification under 28 U.S.C. § 1915(a)(3) regarding whether the appeal is frivolous.  A certification was made by the trial court, indicating that, "appellant is not proceeding in good faith within the meaning of 28 U.S.C. § 1915(a)(3)."  Bankruptcy Court Certification at 3.

Under the holding of <u>Perroton v. Gray (In re Perroton)</u>, 958 F.2d 889 (9th Cir. 1992) and <u>Determan v. Sandoval (In re Sandoval)</u>, 186 B.R. 490, 496 (9th Cir. BAP 1995), the Bankruptcy Appellate Panel has no authority to grant or deny in forma pauperis motions under 28 U.S.C. § 1915(a) because bankruptcy courts are not "court[s] of the United States" as defined in 28 U.S.C. § 451.

Therefore, appellant's IFP Motion is hereby TRANSFERRED to the United States District Court for the Eastern District of California for the limited purpose of ruling on the IFP Motion.

It is appellant's responsibility to take all necessary steps to have the IFP Motion considered by the district court within a reasonable period of time.

No later than **Wednesday, February 10, 2016**, appellants must

2

file with the Panel and serve on opposing counsel a written response which includes as an exhibit a copy of the district court's order on the IFP Motion or an explanation of the steps appellants have taken to have the IFP Motion considered by the district court.  For the convenience of the district court, copies of the notice of appeal, the IFP Motion, the bankruptcy court certification and the order on appeal are attached to this order.

   Appellant must file the opening brief and excerpts of the record no later than TWENTY-ONE days after entry of an order by the district court regarding appellant's IFP motion.

   Failure to comply with the requirements of this order may result in dismissal of this appeal for lack of prosecution without further notice to the parties.  9th Cir. BAP R. 8018(a)-2.



Official Form 17
(12/04)

# United States Bankruptcy Court

**FILED**

SEP - 3 2015

__EASTERN__ District Of __CALIFORNIA__

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

$0.00

In re __NAEEM AHMAD__,
         Debtor/

Case No. __BK-14-28936-C-7__

Chapter __7__

## NOTICE OF APPEAL

I, __NAEEM AHMAD__, the ~~plaintiff~~/DEBTOR [~~or defendant or other party~~] appeals under 28 U.S.C. § 158(a) or (b) from the judgment, order, or decree of the bankruptcy judge (describe) entered in this ~~adversary~~ BANKRUPTCY ~~proceeding~~ CASE [or other proceeding, describe type] on the __21__ day of __August__, __2015__, ORDER OF DISMISSAL OF BANKRUPTCY (month) (year)

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

John R. Roberts
P.O. Box 1506
Placerville, CA, 95667

Tracy Hope Davis
C/O Antonia G. Darling
Department of Justice
501 I Street #7-500
Sacramento, CA 95814

Attorney for Movant.
Edward G. Schloss ESQ
3637 Motor Avenue, Suite 220
Los Angeles, CA, 90034

Dated: __SEPTEMBER 03, 2015__

Signed: _____ (PRO SE)
Attorney for Appellant (or Appellant, if not represented by an Attorney)

Attorney Name: __Naeem Ahmad (Debtor in pro se)__

Address: __9352 Oreo Ranch Circle__

__Elk Grove, CA 95624__

Telephone No: __(916) 230-5973__

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. § 158(c), to have the appeal heard by the district court.

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in § 304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

4

1

JOHN R. ROBERTS
Bankruptcy Trustee
Court@bankruptcy-info.com
P.O. Box 1506
Placerville, CA  95667-1506
(530) 626-6476

UNITED STATES BANKRUPTCY COURT

EASTERN DISTRICT OF CALIFORNIA

IN RE:                                                                    CASE NO. 14-28936-C-7

**NAEEM AHMAD**

DCN:  JRR-1

            Debtor(s).
_____/

**ORDER ON TRUSTEE'S MOTION TO DISMISS FOR FAILURE TO APPEAR AT § 341(a) MEETING OF CREDITORS**

AFTER DUE NOTICE to the appropriate parties of the above-mentioned bankruptcy estate and no requests for hearing having been filed,

IT IS HEREBY ORDERED that the case is dismissed.

Dated: August 21, 2015

_____
United States Bankruptcy Judge

RECEIVED
August 12, 2015
CLERK, U.S. BANKRUPTCY COURT
EASTERN DISTRICT OF CALIFORNIA

-1-

RECEIVED
Susan M. Spraul, Clerk
U.S. BKCY. APP. PANEL
OF THE NINTH CIRCUIT

SEP 28 2015

FILED _____
DOCKETED _____
DATE        INITIAL

September 25, 2015

Ms. Vickey Jackson-Walker
U.S. Bankruptcy Appellate Panel
of the Ninth Circuit
125 South Grand Avenue
Pasadena, CA 91105

Re: EC-15-1303

Dear Ms. Walker;

Greetings, in reference to my phone call to you of an hour ago, I am sending you fee wavier application for the above referenced case. Kindly return my file stamped copy in the enclosed SASE.

If you have any questions or require any additional items from me please do not hesitate to call or write.

Thanking you, I remain.

Yours truly,

Naeem Ahmad
9352 Oreo Ranch Circle
Elk Grove, CA 95624
Phone:- (916) 230-5973
e-mail:- bingo5070@gmail.com

**UNITED STATES BANKRUPTCY COURT**

**EASTERN DISTRICT OF CALIFORNIA**

In re: NAEEM AHMAD,      )            No. 14-28936-C-7
           Debtor.)
_____)

CERTIFICATION THAT APPEAL NOT TAKEN IN GOOD FAITH
FOR PURPOSES OF 28 U.S.C. § 1915(a)(3)

The Bankruptcy Appellate Panel of the Ninth Circuit has received a request that an appeal filed by debtor Naeem Ahmad be allowed to proceed in forma pauperis under 28 U.S.C. § 1915 in its appeal BAP No. EC-15-1303.

The question is whether the United States and its taxpayers should bear certain costs ordinarily borne by an appellant.

If the trial court certifies in writing that an appeal is not taken in good faith, then in forma pauperis status under 28 U.S.C. § 1915 is not permitted.  Accordingly, the appellate panel has posed the good faith question to this trial court.

While Mr. Ahmad is entitled to take his appeal, this court is persuaded that it is not taken in "good faith" within the meaning of 28 U.S.C. § 1915(a)(3) for the following reasons.

Mr. Ahmad has an established pattern of inappropriate

1  activity in the bankruptcy court.  As established in the
2  adversary proceeding filed in this court as <u>United States Trustee</u>
3  <u>v. Naeem Ahmad</u>, No. 14-02275, Mr. Ahmad has filed seven
4  bankruptcy cases in this court since October 2008: No. 08-34278-
5  D-13 (10/3/08); 08-38325-D-13 (12/10/08); 09-20938 (1/21/09); 11-
6  32569-B-13 (5/20/11); 11-48290-B-13 (12/6/11); 12-25027-B-11
7  (3/15/12); and 14-28936-C-7 ((9/3/14).
8       Each of the seven cases has resulted in dismissal for
9  material failures of the debtor to perform the debtor's statutory
10 duties, including failure to file accurate schedules and not
11 appearing at the meeting of creditors.  In the petitions in the
12 second through the seventh cases, he falsely stated under penalty
13 of perjury that he had not had previous bankruptcy cases.  Nor
14 has included in his schedules some $1,950 in unpaid bankruptcy
15 case filing fees accumulated in prior cases, as well as unpaid
16 quarterly chapter payments owed to the United States trustee
17 program from case No. 12-25027.
18      The record established by the debtor in the current case,
19 No. 14-28936, is not consistent with a good faith effort by the
20 debtor to obtain bankruptcy relief.
21      The judgment rendered in adversary proceeding 14-02275
22 denied the debtor's discharge and enjoined the debtor from filing
23 another bankruptcy case for a period of five years.
24      It is also relevant that the debtor's twin brother, Nadeem

Ahmad, who also has the same address as the debtor in this case, has filed four bankruptcy cases in this district during the time that Naeem Ahmad has been filing cases: No. 09-34084-B-7 (10/26/09); 09-45504-C-7 (11/20/09); 10-48915-B-7 (10/30/10); and 10-51217-C-7 (11/29/10).

The two brothers have appeared together from time to time in this court in a fashion in which it is apparent that they are acting in concert.

Under all the circumstances, and regardless of any potential merit of the appeal, this trial court is persuaded that the taxpayers should not be required to bear the expenses attendant to an in forma pauperis proceeding because the appellant is not proceeding in good faith within the meaning of 28 U.S.C. § 1915(a)(3). While the appellant is entitled to take his appeal, the United States and its taxpayers should not bear the expense of the appeal.

Dated: December 05, 2015

_____
United States Bankruptcy Judge

| | |
|---|---|
| **Bankruptcy Appellate Panel Docket #:** 15-1303 <br> Naeem Ahmad v. John Roberts, et al <br> **Appeal From:** California Eastern - Sacramento <br> **Fee Status:** fee due | **Docketed:** 09/09/2015 |

**Case Type Information:**
   1) Bankruptcy
   2) Chapter 7 Non-Business
   3) null

**Originating Court Information:**
   **District:** 0972-2 : 14-28936
   **Trial Judge:** Christopher M Klein, Chief Bankruptcy Judge
   **Date Filed:** 09/03/2014

| Date Order/Judgment: | Date NOA Filed: | Date Rec'd BAP: |
|---|---|---|
| 08/21/2015 | 09/03/2015 | 09/08/2015 |

**Prior Cases:**
   15-1099   **Date Filed:** 03/31/2015   **Date Disposed:** 05/21/2015   **Disposition:** Dismissed; Judge order

**Current Cases:**
   None

**Panel Assignment:**   Not available

---

In re: NAEEM AHMAD
            Debtor
------------------------------

| | |
|---|---|
| NAEEM AHMAD <br>             Appellant | Naeem Ahmad <br> [NTC Pro Se] <br> Firm: 916/230-5973 <br> 9352 Oreo Ranch Circle <br> Elk Grove, CA 95624 |

v.

| | |
|---|---|
| JOHN R. ROBERTS, Chapter 7 Trustee <br>             Appellee | John R. Roberts <br> Direct: 530-626-4732 <br> [NTC Pro Se] <br> P.O. Box 1506 <br> Placerville, CA 95667 |
| BAYVIEW LOAN SERVICES, LLC <br>             Appellee | Edward G. Schloss, Attorney <br> Direct: (310)733-4488 <br> [COR LD NTC Retained] <br> EDWARD G. SCHLOSS LAW CORPORATION <br> Ste. 220 <br> 3637 Motor Ave. <br> Los Angeles, CA 90034-0000 |
| UST- UNITED STATES TRUSTEE, SACRAMENTO <br>             Appellee | Antonia G. Darling, Esquire <br> Direct: 916-930-2100 <br> [COR LD NTC US Attorney] <br> OFFICE OF U.S. TRUSTEE <br> Suite 7-500 <br> 501 "I" Street <br> Sacramento, CA 95814 |

In re:  NAEEM AHMAD

    Debtor

------------------------------

NAEEM AHMAD

    Appellant

v.

JOHN R. ROBERTS, Chapter 7 Trustee; BAYVIEW LOAN SERVICES, LLC; UST- UNITED STATES TRUSTEE, SACRAMENTO

    Appellees

| Date | Doc | Description |
|---|---|---|
| 09/09/2015 | 1<br>5 pg, 97.94 KB | Received notice of appeal filed in Bankruptcy Court on 09/09/2015, notice of referral, transmittal form and order on appeal. (VJ) [Entered: 09/09/2015 02:44 PM] |
| 09/11/2015 | 2<br>3 pg, 96.31 KB | Notice to all parties and Bankruptcy Court RE: BAP Case number assigned: EC-15-1303. Sent Bankruptcy Record Request Form to Bankruptcy Court. (VJ) [Entered: 09/11/2015 09:27 AM] |
| 09/11/2015 | 3<br>4 pg, 50.47 KB | Sent BRIEFING ORDER & NOTICE to appellant Naeem Ahmad. Copies to all parties. Appellant Naeem Ahmad's opening brief due 10/26/2015. (VJ) [Entered: 09/11/2015 09:39 AM] |
| 09/11/2015 | 4<br>2 pg, 58.64 KB | Notice of Deficiency sent to Appellant RE: Filing/ docketing fee not paid. for lack of prosecution. Re: Response Due: 09/25/2015. cc: All parties. (VJ) [Entered: 09/11/2015 09:46 AM] |
| 10/09/2015 | 5<br>2 pg, 44.44 KB | Order of Dismissal filed (Deputy Clerk: vjw), DISMISSED for lack of prosecution. Re: Filing/ docketing fee not paid ; [EOD] Date: 10/09/2015. (VJ) [Entered: 10/09/2015 09:01 AM] |
| 10/09/2015 | 6 | CLOSED: Case closed: Default;Procedural termination without judicial action; 10/09/2015 15-1303 9th BAP Rule 8018(a)-2; dismissal; Clk O. (VJ) [Entered: 10/09/2015 09:48 AM] |
| 10/15/2015 | 7<br>8 pg, 199.49 KB | Filed 9/28/15 original of Appellant Naeem Ahmad's motion for fee waiver ; served on ( No pos). (VJ) [Entered: 10/15/2015 09:35 AM] |
| 11/03/2015 | 8<br>2 pg, 41.64 KB | Filed order (TAYLOR, FARIS and JURY); This appeal is hereby ORDERED REINSTATED. No later than Tuesday, November 17, 2015, appellant must file with the BAP and serve on opposing counsel a written response indicating that a statement of issues, a designation of record, and a notice re transcripts have all been filed at the bankruptcy court. ;. (see attached order) (VJ) [Entered: 11/03/2015 11:43 AM] |
| 11/20/2015 | 9<br>7 pg, 127.37 KB | Filed Appellant Naeem Ahmad's original, response to order filed on 11/03/2015; copy of Designation of record , Statement of issues and Notice of transcripts Hearing dates: 1/28/15, 6/24/15 and 7/7/15. ( copy filed in Bk.Ct 11/17/15) (VJ) [Entered: 11/24/2015 11:14 AM] |
| 12/02/2015 | 10<br>3 pg, 46.47 KB | Filed Clerk's Notice sent to Hon. Christopher M. Klein. On 12/15/15, the Panel will forward the request for IFP to the U.S. District Court for its consideration. An appeal may not be taken IFP if the trial court certifies in writing that is is not taken in good faith. This Clerk's Notice is being issued to allow the trial court the oppertunity to "certify in writing that (the appeal) is not taken in good faith". (PI) [Entered: 12/02/2015 02:06 PM] |
| 12/08/2015 | 11<br>3 pg, 52.84 KB | Received from Bankruptcy Court copy of Certification that Appeal Not Taken in Good Faith for Purposes of 28 U.S.C. Section 1915(a)(3) filed in Bk. Ct. 12/07/2015. (VJ) [Entered: 12/08/2015 11:16 AM] |
| 01/13/2016 | 12<br>16 pg, 330.56 KB | Filed order (TAYLOR and KURTZ); appellant's IFP Motion is hereby TRANSFERRED to the United States District Court for the Eastern District of California for the limited purpose of ruling on the IFP Motion. No later than Wednesday, February 10, 2016, appellants must file with the Panel and serve on opposing counsel a written response which includes as an exhibit a copy of the district court's order on the IFP Motion or an explanation of the steps appellants have taken to have the IFP Motion considered by the district court. Appellant must file the opening brief and excerpts of the record no later than TWENTY-ONE days after entry of an order by the district court regarding appellant's IFP motion. (VJ) [Entered: 01/13/2016 12:51 PM] |
| 03/08/2016 | 13<br>16 pg, 330.56 KB | Re-Sent document to Sacramento District Court re:TRANSFERRED to the United States District Court for the Eastern District of California for the limited purpose of ruling on the IFP Motion. (VJ) [Entered: 03/08/2016 12:22 PM] |

Clear All

◉ Documents and Docket Summary
◯ Documents Only

☑ Include Page Numbers

**Selected Pages:** 0    **Selected Size:** 0 KB

View Selected

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| BAP for the Ninth Circuit - 03/09/2016 16:23:47 | | | |
| **PACER Login:** | jd9260 | **Client Code:** | |
| **Description:** | Docket Report (full) | **Search Criteria:** | 15-1303 |
| **Billable Pages:** | 2 | **Cost:** | 0.20 |
| **Exempt Flag:** | Exempt | **Exempt Reason:** | Always |