UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE: NAEEM AHMAD | No. 2:16-mc-0049-JAM-KJN PS |
| | <u>ORDER</u> |

On March 9, 2016, the United States Bankruptcy Appellate Panel of the Ninth Circuit ransferred this action to the district court for the limited purpose of adjudicating the appellant Naeem Ahmad's motion to proceed *in forma pauperis* on appeal pursuant to 28 U.S.C. § 1915. (ECF No. 1.)

This court has considered the motion to proceed *in forma pauperis* (ECF No. 2) and the other materials attached to the Bankruptcy Appellate Panel's order, including the certification by the bankruptcy judge that the appeal is not taken in good faith for purposes of 28 U.S.C. § 1915(a)(3). Having carefully reviewed the record, the court agrees with the bankruptcy judge's analysis and finds that the appeal is not being taken in good faith. As such, Mr. Ahmad is not entitled to proceed *in forma pauperis*.

Accordingly, IT IS HEREBY ORDERED that:

1. The motion to proceed *in forma pauperis* (ECF No. 2) is DENIED.

1

2. The action is referred back to the United States Bankruptcy Appellate Panel of the Ninth Circuit for all further proceedings.

3. The Clerk of Court shall close this miscellaneous case.

IT IS SO ORDERED.

Dated: March 11, 2016

KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE